Bentley J. Tolk (6665)
PARR BROWN GEE & LOVELESS
101 S. 200 E., Suite 700
Salt Lake City, UT 84111
Telephone: 801-532-7840
Email:  btolk@parrbrown.com

*Attorneys for Defendant Hilton
Domestic Operating Company, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IHC HEALTH SERVICES, INC., dba INTERMOUNTAIN MEDICAL CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>HILTON DOMESTIC OPERATING COMPANY, INC. and ANTHEM HEALTH PLANS OF VIRGINIA, INC.,<br><br>    Defendants. | **NOTICE OF JOINDER IN DEFENDANT ANTHEM HEALTH PLANS OF VIRGINIA, INC.'S MEMORANDUM IN OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Case No. 2:17-CV-1286-DN<br><br>Judge David Nuffer |

PLEASE TAKE NOTICE that Defendant Hilton Domestic Operating Company, Inc. ("Hilton") joins in Defendant Anthem Health Plans of Virginia, Inc.'s ("Anthem") Memorandum in Opposition to Motion for Leave to File Second Amended Complaint (ECF No. 29) ("Opposition"), filed on March 14, 2018.  For the reasons stated in Anthem's Opposition and incorporated herein by reference, Hilton requests that the Court deny Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 27).

DATED this 14th day of March, 2018.

                PARR BROWN GEE & LOVELESS

                By: /s/ Bentley J. Tolk
                Bentley J. Tolk

                *Attorneys for Defendant Hilton*
                *Domestic Operating Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of March, 2018, I filed the foregoing **NOTICE OF JOINDER IN DEFENDANT ANTHEM HEALTH PLANS OF VIRGINIA, INC.'S MEMORANDUM IN OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** by electronic filing which caused the foregoing to be delivered to:

Marcie E. Schaap
Joseph David Amadon
4760 S Highland Dr. #333
Salt Lake City, UT 84117
Telephone (801) 201-1642
Email: marcie@marcieeschaap.com
Email: joe@marcieeschaap.com

Timothy C. Houpt
Jessica P. Wilde
JONES WALDO HOLBROOK & MCDONOUGH
170 S Main St Ste 1500
Salt Lake City, UT 84101
Telephone (801) 521-3200
Email: thoupt@joneswaldo.com

/s/ Bentley J. Tolk
Bentley J. Tolk